RECEIVED
FEB - 8 2011
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KENNER FITZGERALD JACKSON | CIVIL ACTION NO. 10-cv-1918 |
| VERSUS | JUDGE STAGG |
| SCOTT ROBERT WOLF, ET AL | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the complaint is **dismissed with prejudice** for failure to state a claim on which relief may be granted and pursuant to 28 U.S.C. § 1915(e)(2). The complaint is also deemed frivolous, pursuant to 28 U.S.C. § 1915A(b), so that this dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 8th day of February, 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE